**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Guardado, | No. CV-18-08302-PCT-JAT (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is Petitioner's appeal of the Magistrate Judge's decision denying Petitioner's request to sanction Respondents. (Doc. 31). Specifically, Petitioner requests the sanction of striking Respondents' answer so Petitioner can seek habeas relief by default. The Magistrate Judge has denied this request multiple times. (Docs. 30, 25, 24, 20). The Order on appeal to this Court is the denial of the motion for reconsideration (Doc. 30).

The Magistrate Judge did not err, factually or legally, in denying reconsideration. Moreover, even if this Court were to consider the motion to strike on the merits (which is not on appeal), on the record in this case, the Magistrate Judge did not err, factually or legally, in denying the motion to strike. *See O'Connor v. Nevada*, 27 F.3d 357, 364 (9th Cir. 1994) (quoting *Pena v. Seguros La Comercial, S.A.*, 770 F.2d 811, 814 (9th Cir. 1985) ("default judgments are generally disfavored")).

Accordingly,

/ / /

**IT IS ORDERED** that the decision of the Magistrate Judge (Doc. 30) is affirmed.

Dated this 24th day of June, 2019.

*James A. Teilborg*
Senior United States District Judge